# Third District Court of Appeal
## State of Florida

Opinion filed April 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1270
Lower Tribunal No. 21-819-CC
_____

**David Friedeberg, et al.,**
Appellants,

vs.

**Jesus Ijalba, Jr.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Stephanie Silver, Judge.

David Friedeberg, in proper person.

Keystone Law Firm, P.A., Frank Wolland, and Eliezer S. Poupko, for appellee.

Before FERNANDEZ, C.J., and SCALES, and GORDO, JJ.

PER CURIAM.

Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150 (Fla. 1979).